STATE v. ERVING

No. 695P86.

Case below: 83 N.C. App. 160.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. HOPKINS

No. 693P86.

Case below: 83 N.C. App. 342.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. HUMPHRIES

No. 613PA86.

Case below: 82 N.C. App. 749.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987. Petition by defendant (Humphries) for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987. Petition by defendant (Jamison) for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1987.

STATE v. McCARVER

No. 761P86.

Case below: 83 N.C. App. 344.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.

STATE v. MASON

No. 689P86.

Case below: 83 N.C. App. 160.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.